[No. 34535-8-II. Division Two. June 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY D. ENGH, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-00655-6, Richard A. Strophy, J., entered March 9, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Penoyar, JJ.

[No. 34603-6-II. Division Two. June 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GARRETT R. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 05-1-00039-8, Michael J. Sullivan, J., entered March 27, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 34647-8-II. Division Two. June 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DON E. GRIST, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 05-1-00288-1, Michael J. Sullivan, J., entered March 6, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 34761-0-II. Division Two. June 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KAMARA KAM CHOUAP, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-04273-1, Frederick W. Fleming and D. Gary Steiner, JJ., entered March 17, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Hunt, J.